Original
Packet

Page 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 0 2 2020 ★

BROOKLYN OFFICE

20-CV-4143

MATSUMOTO, J.
LINDSAY, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

David M Kinnel

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Gala Fresh Farms

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

*Page 2*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David M Kimmel |
| Street Address | 3028 Verity Lane |
| City and County | Baldwin    Nassau County |
| State and Zip Code | New York    11510 |
| Telephone Number | (516) 727-1285 |
| E-mail Address | Kimmel4country@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gala Fresh Farms |
| Job or Title (if known) | Community Market |
| Street Address | Grand Ave |
| City and County | Baldwin    Nassau County |
| State and Zip Code | New York    11510 |
| Telephone Number | (516) 377-4252 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

*Page 3*

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

Defendant No. 3

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

Defendant No. 4

    Name  _____

    Job or Title  _____
    (if known)

    Street Address  _____

    City and County  _____

    State and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

*Page 4*

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Violation of ADA (American's with Disabilities Act)*

_____

_____

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* ___*N/A*___, is a citizen of the State of *(name)* _____

b.   If the plaintiff is a corporation

The plaintiff, *(name)* ___*N/A*___, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* ___*N/A*___, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____

4

b.   If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

On 7/30/20, at Gala Fresh Farms, in
Baldwin NY, I was shopping and approached
manager to ask question. I was berated, in
an intentional attempt to humiliate me, for not wearing
mask. When I informed her of my medical condition
(COPD) which precludes me from wearing a mask,
I then had my rights violated again, when she
demanded I show her proof. When I refused,
she berated me again & banned me.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$250,000 in punitive damages. Violating my rights in accordance w/ ADA.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  8/18, 20 20

Signature of Plaintiff

Printed Name of Plaintiff   David M Kimmel

6



**UNITED STATES POSTAL SERVICE.**

This envelope is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE.**

*Retail*

# P

## US POSTAGE PAID

## $7.75

Origin: 11510
09/01/20
3504350510-03

## PRIORITY MAIL 1-DAY®

0 Lb 5.50 Oz

**1020**

EXPECTED DELIVERY DAY:  09/02/20

C030

SHIP TO:
225 CADMAN PLZ E
Brooklyn NY 11201-1832

### USPS TRACKING® NUMBER



9505 5160 2071 0245 4254 54

To sch
Packa
scan th



USPS.CO

8
1/2

FROM:

David M Kimmel
3028 Verity Lane
Baldwin NY 11510

TO:

Attn: Pro Se Office
United States District Court
for EDNY
225 Cadman Plaza East
Brooklyn, NY. 11201

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

lule free
Pickup,
QR code.

W PICKUP